UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL FERNANDES ROJO FILHO,<br>Defendant. | Criminal No. 15-10214-NMG |

## MOTION FOR FILING UNDER SEAL

Comes now the defendant, by and through undersigned counsel, and moves this Court to enter an Order allowing him to file Defendant's Response to Government's Memorandum and Motion for a Hearing Regarding Medicating the Defendant under seal. As grounds, defendant avers that the Response contains very personal mental health information of the defendant which should not be shared publicly.

Respectfully submitted,

/s/ Stephen G. Huggard
Stephen G. Huggard (BBO #622699)
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199-7613
617-239-0100

Dated: March 23, 2017

*Motion allowed.* /s/ NMGorton, USDJ  3/23/17

1